IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Macon, Tawana M

Printed: 3/11/08

Case Number: 06 B 11584
Judge: Hollis, Pamela S
Filed: 9/15/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 28, 2008
Confirmed: November 6, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,052.24 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 998.75 |
| Trustee Fee: |  | 53.49 |
| Other Funds: |  | 0.00 |
| Totals: | 1,052.24 | 1,052.24 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,534.00 | 998.75 |
| 2. | City Of Chicago Dept Of Revenue | Unsecured | 440.80 | 0.00 |
| 3. | Sprint Nextel | Unsecured | 184.28 | 0.00 |
| 4. | Nicor Gas | Unsecured | 260.35 | 0.00 |
| 5. | Argyle Solutions | Unsecured |  | No Claim Filed |
| 6. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 7. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 8. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 9. | F & W LLC | Unsecured |  | No Claim Filed |
| 10. | Omnium Worldwide | Unsecured |  | No Claim Filed |
| 11. | Nicor Gas | Unsecured |  | No Claim Filed |
| 12. | American Collections & Credit | Unsecured |  | No Claim Filed |
| 13. | Northwest Collectors | Unsecured |  | No Claim Filed |
| 14. | West Asset Management | Unsecured |  | No Claim Filed |
| 15. | Thorn Ridge High School | Unsecured |  | No Claim Filed |
| 16. | Village of Riverdale | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 3,419.43 | $ 998.75 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 26.58 |
| 5.4% | 26.91 |
|  | _____ |
|  | $ 53.49 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Macon, Tawana M | Case Number:  06 B 11584 |
| | Judge:  Hollis, Pamela S |
| Printed:  3/11/08 | Filed:  9/15/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                      Marilyn O. Marshall, Trustee, by:

